**MDL 2047**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 4 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE:                                          )
                                                )
CHINESE-MANUFACTURED                            )
DRYWALL PRODUCTS                                )          MDL Docket No. 2047
LIABILITY LITIGATION                            )
                                                )
                                                )
_____)

PLEADING NO. 38

### CORPORATE DISCLOSURE STATEMENT OF LENNAR CORPORATION, LENNAR HOMES, LLC, AND U.S. HOME CORPORATION PURSUANT TO RULE 5.3 OF THE RULES OF PROCEDURE OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 5.3 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation, non-governmental corporate parties to a matter before the panel, by and through their undersigned attorney, certify that the following are their parent corporations or publicly held corporations that own ten (10%) percent or more of their stock:[1]

_____

[1]    To date, no plaintiff has served Lennar Corporation, Lennar Homes, LLC, or U.S. Home Corporation (collectively, the "Lennar Defendants") with process in any action related to this multidistrict litigation. Therefore, this is a limited notice of appearance pursuant to which the Lennar Defendants are not waiving formal service of process, but rather are appearing solely for purposes of addressing the appropriate venue for this MDL proceeding. In filing this Limited Notice of Appearance, the Lennar Defendants reserve all jurisdictional and other available defenses they may have in any lawsuit--in which they have been and/or will be named as a defendant--that are potentially subject to this multidistrict litigation.

**OFFICIAL FILE COPY**

**IMAGED APR 2 7 2009**

(1)    Lennar Homes, LLC is a Florida limited liability company, U.S. Home Corporation is its sole member;

(2)    U.S. Home Corporation is not a publicly traded company. Lennar Corporation, a publicly traded company owns 100% of the shares of U.S. Home Corporation; and

(3)    Lennar Corporation has no parent corporation. No publicly held corporation owns ten (10%) percent or more of Lennar Corporation's stock.

Dated: April 20, 2009

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com

By: _____
HILARIE BASS
Florida Bar No. 334323

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. Mail on this 20th day of April, 2009 on the parties listed on the attached Service List.

_____
HILARIE BASS

## SERVICE LIST

Jan Douglas Atlas, Esq.
Robert Schwartz, Esq.
Adorno & Yoss
888 SE Third Avenue
Suite 500
Fort Lauderdale, FL 33316
*Attorneys for Banner Supply Co.*


Daniel E. Bechnel, Jr., Esq.
Bechnel Law Firm, LLC
106 W. Seventh St.
P.O. Box Drawer H
Reserve, LA 70084
*Attorneys for Plaintiffs, Jill M. Donaldson and John "Jaret" Oertling*

Mark Blumstein, Esq.
The Blumstein Law Firm
18305 Biscayne Boulevard
Suite 402
Aventura, FL 33160
*Attorneys for Plaintiffs, Janet Morris-Chin and Dajan Green*

Edward J. Briscoe, Esq.
Fowler, White & Burnett, P.A.
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131
*Attorneys for Defendant, Black Bear Gypsum Supply, Inc.*

Chris J. Coutroulis, Esq.
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Blvd.
Suite 1000
Tampa, FL 33601
*Attorneys for Defendant, M/I Homes, Inc.*

Jacob Joseph Givner, Esq.
Givner & Jaroslawicz
1177 Kane Concourse
Suite 232
Bay Harbour Islands, FL 33154
*Attorneys for Plaintiffs, Janet Morris-Chin and Dajan Green*

Knauf Gips KG
Ridham Dock, Kemsley
Sittingboume, Kent ME 9 8SR
UK

Knauf Plasterboard
North Yinhe Bridge, East Jingjin Road Beichen District
Tianjin, China 300400 P.R.C.

Knauf Plasterboard
No. 2 Gang Wan Road
RC-241009 Whuhu Anhui, China

Knauf Plasterboard
Mo. 2 Xinsha Development Zone
RC-52347 Guangdong, China

La Suprema Enterprise
221 NE 164th Street
North Miami Beach, FL 33160

La Suprema Trading
221 NE 164th Street
North Miami Beach, FL 33160

Jack Landskroner, Esq.
Landskroner, Grieco, Madden, Ltd.
1360 W. 9th Street
Suite 200
Cleveland, OH 44113
*Attorneys for Plaintiff, Steven Minafri*

David Henry Lichter, Esq.
Higer, Lichter & Givner, LLP
18305 Biscayne Boulevard
Suite 402
Aventura, FL 33160
*Attorney for Plaintiffs, Janet Morris-Chin and Dajan Green*

Raul Ricardo Loredo, Esq.
Mintzer, Sorowitz & Zeris
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
*Attorney for Defendant, Interior & Exterior Building Supply, LP*

Steven L. Nicholas, Esq.
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Al 36604
*Attorney for Plaintiff, Mitchell Company, Inc.*

Rightway Drywall, Inc.
7425 Cochran Street
Macon, GA 31216

Rothchilt International, Ltd.
N-510 Chiu Hsn Bld.
Anncx 96 Chung Shan N. Rd. Sec. 2
Taipei, Taiwan R.O.C.

Alexander Rundlet, Esq.
Robert C. Josefsberg, Esq.
Stephen Frederick Rosenthal, Esq.
Victor Manuel Diaz, Jr., Esq.
Podhurst Orseck, P.A.
City National Bank Building 25 W. Flagler Street
Suite 800
Miami, FL 3130-1780
*Attorney for Plaintiffs, Janet Morris-Chin and Dajan Green*

South Kendall Construction
2368 SE Terrace
Homestead, FL 33035

Taishan Gypsum Co., Ltd.
Dawenkou, Taian
Shandong, China 271026

Tousa Homes
4000 Hollywood Boulevard Suite 500N
Hollywood, FL 33021

Kenneth Gilman, Esq.
Gilman & Pastor, LLP
6363 Highcroft Dr.
Naples, FL 34119
*Attorney for Plaintiff, Duane Akney*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
*Attorneys for Plaintiffs, Felix Martinez, Jenny Martinez, Walter Niemczura, Gene Raphael, Jason Santiago, Jim Tarzy and Karin Vickers*

Jack Reise
Coughli, Stoia, Geller, Rudman & Robbins, LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33434
*Attorney for Plaintiffs, Lawrence Riesz and Jennifer Schnee*

Neal A. Sivyer, Esq.
Sivyer, Barlow & Watson, P.A.
401 East Jackson Street
Suite 2225
Tampa, FL 33602
*Attorney for Defendant, Taylor Woodrow Communities at Vasari, LLC*

Beth Tyler Vogelsang, Esq.
Don A. Russo, Esq.
Jeremy William Alters, Esq.
Kimberly Lynn Boldt, Esq.
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 NE 2nd Avenue
Suite 201
Miami, FL 33137
*Attorneys for Plaintiffs, Lorena Garcia, Angela Garcia, Hector Barrozo and Maria Ines Pinar De Barrozo*

Scott Wm. Weinstein, Esq.
Morgan & Morgan, P.A.
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33907-5337
*Attorneys for Plaintiffs, Nicole J. Allen and Shane M. Allen*

Susan Cole, Esq.
Bice Cole Law Firm, P.L.
999 Ponce de Leon Boulevard
Suite 999
Coral Gables, FL 33134
*Attorney for L & W Supply Corporation d/b/a Seacoast Supply, a foreign corporation and USG corporation, a foreign corporation*

Gary F. Baumann, Esq.
Fulmer, LeRoy, Albee, Baumann
  & Glass PLC
2866 East Oakland Park Blvd.
Fort Lauderdale, Florida  33306
*Attorneys for Independent Builders Supply Association, Inc.*

Printed on 04/20/2009

# Judicial Panel on Multidistrict Litigation - Panel Service List

## for

## MDL 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

## Party Representation Key

* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

## This Report is Based on the Following Data Filters

Docket: 2047 - Chinese-Manufactured Drywall PL

For Open Cases

Page 1

## Judicial Panel on Multidistrict Litigation - Panel Service List

Docket: 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation

Status:  Pending on  / /

Transferee District:              Judge:                                    Printed on 04/20/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

**Atlas, Jan Douglas**
ADORNO & YOSS LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale, FL 33301

➡️Phone: (954) 766-7823  Fax: (954) 766-7800  Email: jda@adorno.com
Banner Supply Co.*

**Becnel, Jr, Daniel E.**
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

➡️Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com
Donaldson, Jill M.; Oertling, John

**Briscoe, Edward J.**
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302

=>Phone: (305) 789-9252  Fax: (305) 789-9251  Email: EJB@Fowler-White.com
Black Bear Gypsum Supply, Inc.*

**Cole, Susan J.**
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, Fl 33134

=>Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com
L&W Supply Corp. dba Seacoast Supply*; USG Corp.*

**Coutroulis, Chris S.**
CARLTON FIELDS PA
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

➡️Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com
M/I Homes, Inc.*

**Independent Builders,**
1801 Wal Pat Road
Smithfield, NC 27577-9436

=>
Independent Builders Supply Association, Inc.

**Interior Exterior Bldg.,**
727 S. Cortez
New Orleans, LA 70119

=>
Interior Exterior Building Supply

**Knauf Gips KG,**
Ridham Dock, Kemsley
Sittingbourne, Kent ME 9 8SR, UK

=>
Knauf Gips KG

**Knauf Plasterboard,**
North Yinhe Bridge, East Jingjin Road
Beichen District
Tianjin, China 300400 P.R.C.

=>
Knauf Plasterboard (Tianjin) Co., Ltd.

Note: Please refer to the report title page for complete report scope and key.

Page 2

*(Panel Attorney Service List for MDL 2,047 Continued)*

| ATTORNEY – FIRM | REPRESENTED PARTY(S) |
|---|---|
| Knauf Plasterbourd, No. 2 Gong Wan Road RC-241009 Whuhu Anhui, China | => Knauf Plasterbourd (Wuhu) Co., Ltd. |
| Knauf Plasterbuard, No. 2 Xinsha Development Zone RC-52347 Guangdong, China | => Knauf Plasterboard (Dongguan) Co., Ltd. |
| La Suprema Enterprise, 221 NE 164th Street North Miami Beach, FL 33160 | => La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc., 221 NE 164th Street N. Miam Beach, FL 33160 | => La Suprema Trading, Inc. |
| Landskroner, Jack LANDSKRONER GRIECO MADDEN LTD 1360 West 9th Street Suite 200 Cleveland, OH 44113 | =>Phone: (216) 522-9000  Fax: (216) 522-9007 Minafri, Steven |
| Levin, Arnold LEVIN FISHBEIN SEDRAN & BERMAN 510 Walnut Street Suite 500 Philadelphia, PA 19106-3697 | =>Phone: (215) 592-1500  Fax: (215) 592-4663  Email: alevin@lfsblaw.com Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*, Santiago, Jason*, Tarzy, Jim*; Vickers, Karin* |
| Reise, Jack COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 120 East Palmetto Park Road Suite 500 Boca Raton, FL 33434-4809 | =>Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com Riesz, Lawrence*; Schnee, Jennifer* |
| Rothchilt International, N-510 Chia Hsn Bld. Annex 96 Chung Shan N. Rd. Sec. 2 Taipei, Taiwan R.O.C. | => Rothchilt International Ltd. |
| Sivyer, Neal A. SIVYER BARLOW & WATSON PA 401 East Jackson Street Suite 2225 Tampa, FL 33602 | =>Phone: (813) 221-4242  Fax: (813) 227-3598 Taylor Woodrow Communities at Vasari, LLC* |
| South Kendall Constructio, 2368 SE 17th Ter. Homestead, FL 33035 | => South Kendall Construction Corp. |
| Taishan Gypsum Co., Ltd., Dawenkou, Taian | => Taishan Gypsum Co., Ltd. fka Shandong Taihe Dopngxin Co, Ltd. |

Note: Please refer to the report title page for complete report scope and key.

Page 3

*(Panel Attorney Service List for MDL 2,047 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |

Shandong, China 271026

Tousa,                                                    ⇒
4000 Hollywood Boulevard                          Tousa Homes, Inc. fka Engle Homes
Suite 500N
Hollywood, FL 33021


Weinstein, Scott Wm.                    ⇒ Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com
MORGAN & MORGAN PA                  Allen, Nicole J.*; Allen, Shane M.*
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33907-5337

Note: Please refer to the report title page for complete report scope and key.