MDL 2047

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 28 2009

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL**
ON MULTIDISTRICT LITIGATION

IN RE:                                          )
                                                )
CHINESE-MANUFACTURED                            )
DRYWALL PRODUCTS          MDL Docket No. 2047
LIABILITY LITIGATION                            )
                                                )
_____ )

**RESPONSE OF INTERESTED PARTIES, LENNAR CORPORATION, LENNAR HOMES, LLC, AND U.S. HOME CORPORATION, IN SUPPORT OF PENDING MOTIONS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF FLORIDA FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 7.2(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, interested parties, Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation (collectively, the "Lennar Defendants"), by and through their undersigned counsel, hereby submit their Response in Support of Pending Motions for Transfer of Actions to the Southern District of Florida for Coordinated or Consolidated Pretrial Proceedings ("Response").

**I.      INTRODUCTION**

Since January 30, 2009, at least 33 actions (the "Actions") have been filed in United States district courts against Chinese drywall manufacturers and other defendants who are alleged to have manufactured, imported, distributed, supplied, sold, installed, and/or used defective

OFFICIAL FILE COPY

IMAGED APR 2 9 2009

PLEADING NO. 42

Chinese-manufactured drywall that is causing damage to homes.  The Actions, many of which are putative class actions, are pending in at least seven (7) different United States districts.  These Actions involve certain overlapping factual issues and, therefore, are proper for transfer and consolidation into a single district.  Additionally, due to its location and geographic connection to the parties, witnesses, and the claims asserted in many of the Actions, as well as its ability to effectively and efficiently manage complex litigation, the Southern District of Florida is the most appropriate forum for consolidation of these Actions.

## II.     ARGUMENT

### A.     The Lennar Defendants are interested parties and significantly involved in the Chinese-manufactured drywall products liability litigation.

On April 8, 2009, in connection with pending Motions for Transfer of Actions to the Southern District of Florida Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motions to Transfer and Consolidate"), the Judicial Panel on Multidistrict Litigation (the "MDL Panel") issued a Notice of Filing and Publication of Revised Briefing Schedule (the "Notice") for the Chinese-Manufactured Drywall Products Liability Litigation.  In the Notice, the MDL Panel instructed that responses from interested parties to the Motions to Transfer and Consolidate be filed and served on or before April 28, 2009.

The Lennar Defendants are important parties to the Chinese-Manufactured Drywall Products Liability Litigation.  In addition to having been being widely publicized as being one of the first, if not the first, national homebuilder at the forefront of these issues, the Lennar Defendants are parties to a related action that is currently pending before the United States District Court for the Southern District of Florida, captioned *Lorena Garcia, et al. v. Lennar*

*Corporation, et al.*, Case No. 09-20739-CIV-Ungaro (S.D. Fla.) (the "*Lorena Garcia* Action").[1]

In addition, the Lennar Defendants are named defendants in 39 other actions that are pending in state court in Miami-Dade County, Florida, arising from similar claims related to the use of Chinese-manufactured drywall. Finally, Lennar Homes, LLC and U.S. Home Corporation are plaintiffs in a state court action in Miami-Dade County, Florida, against the installers, suppliers, and manufacturers of the Chinese-manufactured drywall, many of which are also parties to some or all of the pending federal court Actions that are subject to transfer and consolidation through the MDL Panel.

**B.     The Actions involve some overlapping issues that are appropriate for transfer to a single district for coordinated or consolidated pretrial proceedings.**

Under the multidistrict litigation provisions of the United States Code, 28 U.S.C § 1407, actions pending in different districts that involve some common issues of fact "may be transferred to any district for coordinated or consolidated pretrial proceedings." 28 U.S.C. § 1407(a). The MDL Panel will order the transfer of actions to a single district under § 1407 "for the convenience of parties and witnesses and [to] promote the just and efficient conduct of such actions." *Id.*

Presently, at least 33 Actions, each involving claims relating to defective Chinese-manufactured drywall, are pending in federal courts.[2] While each homeowner or resident will

---

[1]     To date, no plaintiff has served Lennar with process in the *Lorena Garcia* Action or in any other federal court action related to this potentially consolidated multidistrict litigation. Therefore, in filing this Response, Lennar is not waiving the requirement for formal service of process, but rather is simply addressing the issues of whether consolidation and transfer are proper and the appropriate forum for this MDL proceeding. Additionally, in filing this Response, Lennar reserves all jurisdictional and other available defenses they may have in any lawsuit--in which they have been and/or will be named as a defendant--that are potentially subject to this multidistrict litigation.

[2]     Attached to this Response, as Exhibit "A," is a list of all known pending related federal court Actions.

have their own specific facts to address in each case, each of the Actions involves similar claims that certain companies manufactured defective gypsum wallboard in China that was used in the construction of homes throughout the United States. In 2005 and 2006, significant quantities of Chinese-manufactured drywall were imported into the United States to satisfy increased demands from residential construction throughout the United States and, particularly, in Florida. Through extensive testing and investigation, the Lennar Defendants and their consultants have determined that, although there is no indication that it would result in any adverse human health effects, because of its defective nature, the defective Chinese-manufactured drywall is causing damage to other property within homes, including, but not limited to, HVAC coils, certain electrical and plumbing components, and other affected materials and items.

The issues that are to be the subject of discovery in these Actions involve some overlapping factual issues, which make consolidation proper.[3] *See In re: LTV Corp. Sec Litig.,* 470 F. Supp. 859, 861 (J.P.M.L. 1979) (transfer and consolidation is appropriate in actions involving common questions of fact). For example, the parties in each of the Actions are already seeking, or will likely seek, extensive discovery on the manufacturing process, including the physical properties and chemical composition, of the defective Chinese-manufactured drywall and determinations on the ability of the defective drywall to cause damage in the homes. On these complex scientific issues, transfer and consolidation of the Actions will help "to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the

---

[3] While there are some common issues of fact that make these Actions proper for consolidation through the MDL Panel, these common issues are not necessarily sufficient for class certification purposes. *See In re Saturn L-Series Timing Chain Products Liability Litig.,* 2008 WL 4866604, at *24 n.21 (D. Neb. Nov. 7, 2008) (noting that the MDL Panel's determination that the cases meet the "common questions of fact" standard required by 28 U.S.C. § 1407 is not determinative of whether the cases meet the requirements for class certification under Rule 23 of the Federal Rules of Civil Procedure).

parties, their counsel and the judiciary." *See In re: European Rail Pass Antirust Litigation*, 2001 WL 587855, at *1 (J.P.M.L. Feb 7, 2001); *see also LTV Corp. Sec Litig.*, 470 F. Supp. at 862.

Additionally, the principal defendants in many of these Actions are the same companies-- Chinese drywall manufacturer, Knauf (Tianjin) Plasterboard Co., Ltd., its parent company, the German international building materials company, Knauf Gips KG (collectively, the "Knauf Defendants"), importer and distributor, Rothchilt International Ltd. ("Rothchilt"), and building materials suppliers, L&W Supply Corporation ("L&W Supply") and Banner Supply Co. ("Banner"). Transfer and consolidation is appropriate where multiple actions based on some common issues exist against the same defendants. *In re: Air West, Inc. Sec. Litig.*, 384 F. Supp. 609, 611 (J.P.M.L. 1981) (transfer is appropriate "where two or more complaints assert comparable allegations against identical defendants based upon similar transactions and events"). Moreover, even where, as here, some of the Actions potentially subject to consolidation involve some different manufacturers, suppliers, or other defendants, transfer and consolidation is proper given that all defendants manufactured, supplied, and/or used *similarly* defective products. *See, e.g., In re: Silicone Breast Implants Product Liab. Litig.*, 793 F. Supp. 1098, 1100 (J.P.M.L. 1992); *In re: Orthopedic Bone Screw Products Liab. Litig.*, Docket No. 1014, at *2 (J.P.M.L. Aug 4, 1994). Consolidation of the Actions will lead to the "just and expeditious resolution of all actions to the overall benefit of the parties." *Orthopedic Bone Screw*, at *2.

**C.    The Southern District of Florida is the Most Appropriate forum for this Multidistrict Litigation**

*1.    The Southern District of Florida is at the center of the defective Chinese-manufactured drywall litigation.*

Although some of the federal court Actions are pending in United States district courts in Alabama, Louisiana, Mississippi, Ohio, and other districts in Florida, 15 of the 33 Actions are

currently pending in the United States District Court for the Southern District of Florida.[4] Additionally, there are a number of similar state court actions pending in Miami-Dade County, Florida, nearly all of which involve similar issues and many of the same defendants as those in the Actions pending in federal court. For example, the Lennar Defendants are named defendants in 39 different state court actions in Miami-Dade County, Florida, involving homeowners who allege that their homes contain defective Chinese-manufactured drywall. Each of the homes in these 39 actions that allegedly contain defective Chinese-manufactured drywall are located in Miami-Dade County, Florida.

Lennar Homes and U.S. Home also filed an action in state court in Miami-Dade County, Florida against the Knauf Defendants, as well as over 20 other manufacturers, suppliers, and/or installers of defective Chinese-manufactured drywall. In that action, captioned *Lennar Homes, LLC, et al. v. Knauf Gips KG, et al.*, Case No. 09-07901 CA 23 (Fla. 11th Jud. Cir.) (the "Lennar Action"), Lennar Homes and U.S. Home seek damages for losses they have incurred and will continue to incur through the repair of certain homes they built in which independent subcontractors--without the approval or knowledge of the Lennar Defendants--installed defective Chinese-manufactured drywall. A substantial number of those homes are located within the geographic jurisdiction of the Southern District of Florida.

Additionally, the Knauf Defendants, Rothchilt, L&W Supply, and Banner, who are common defendants in many of the federal Actions, are also named as defendants in the Lennar

---

[4]    As of April 28, 2009, three of the related Actions are pending in the Middle District of Florida, one in the Northern District of Florida, 11 in the Eastern District of Louisiana, one in the Southern District of Ohio, one in the Northern District of Alabama, and one in the Southern District of Mississippi. In addition, the plaintiffs in at least one of the actions currently pending in the Middle District of Florida, *Kristin Morgan Culliton v. Taylor Morrison Services, Inc., et al.*, Case No. 09-00589-CIV-JDW-TGW (M.D. Fla.), are seeking to transfer their case to the Southern District of Florida.

Action. The MDL Panel should consider this pending state court litigation in determining the proper venue for consolidation. *See Orthopedic Bone Screw*, at *2 (even if no geographic focal point exists, MDL Panel should consider, for purposes of coordination, transferring to district where numerous related state court actions are pending). Having the federal Actions as well as the major state court actions pending in the same geographic area of the Southern District of Florida will allow the federal district courts to coordinate discovery with the Miami-Dade County, Florida state courts. *See In re: Phenylpropanolamine (PPA) Products Liability Litig.*, Docket No. 1407, at *2 (J.P.M.L. 2001)

Further, many of the parties in this litigation are located in the geographic jurisdiction of the Southern District of Florida. For example, La Suprema Enterprise and La Suprema Trading, companies that imported significant amounts of the defective Chinese-manufactured drywall, are located in Miami-Dade County, Florida. Banner and L&W Supply, two of the primary suppliers of the defective Chinese-manufactured drywall, also each maintain their Florida headquarters or principal place of business in Miami-Dade County, Florida. Further, many of the installation subcontractors who actually installed the defective drywall in homes in Florida are headquartered in Miami-Dade County, Florida. In addition to the Lennar Defendants, which maintain their headquarters in Miami, Florida, at least three other developers/builders that have been named as defendants in the Actions operate their businesses from within the jurisdiction of the Southern District of Florida. Therefore, many of the witnesses and documents that are relevant to the issues in the Actions and which will be the subject of extensive discovery are located within the Southern District of Florida.

In addition, shipping records indicate that the Port of Miami was the main channel through which much of the defective Chinese-manufactured drywall entered the United States.

In fact, according to allegations in one of the Complaints that is currently pending in the Southern District of Florida, *Vickers v. Knauf Gips KG*, Case No. 09-20510-CIV-GOLD (S.D. Fla.), nearly 100 million pounds of Chinese-manufactured drywall was imported through the Port of Miami and an additional 80 million pounds through Port Everglades between 2004 and 2006, more than through any other United States port locations. *Vickers* Complaint, at ¶ 49.

Accordingly, the Southern District of Florida, as the "center of gravity" for the defective Chinese-manufactured drywall litigation, and in which a substantial number of documents and witnesses will be found, is the appropriate transferee forum for the transfer and consolidation of the Actions. *See In re: Wash. Pub. Power Supply Sys Sec. Litig.*, 568 F. Supp. 1250, 1251 (J.P.M.L. 1983) (consolidating and transferring to the forum that is the "center of gravity"); *In re: Live Concert Antitrust Litig.*, 429 F. Supp. 2d 1363, 1364 (J.P.M.L. 2006) (concluding that certain district was the appropriate transferee forum because it was "likely to provide a substantial number of witnesses and documents"); *In re: Bausch & Lomb Inc. Contact Lens Solution Products Liab. Litig.*, 444 F. Supp. 2d 1336 (J.P.M.L. 2006).

2.    ***The Southern District of Florida is conveniently located for all local, non-local and international defendants and witnesses.***

The MDL Panel often considers the size, resources, and convenience of the transferee district when determining the proper location for consolidation. *See In re: Insurance Brokerage Antitrust Litig.*, 360 F. Supp. 2d 1371, 1373 (J.P.M.L. 2005). As discussed above, many of the parties to this litigation are located within the geographic jurisdiction of the Southern District of Florida and will have convenient access to the forum if proceedings are consolidated in the Southern District of Florida. However, for the convenience of those other non-local parties, the Southern District of Florida is a major, easily-accessible metropolitan area. Three international

airports (Miami, Fort Lauderdale, and Palm Beach) well served by major airlines, ample hotel and office accommodations, and well developed business and legal resources will appropriately support complex litigation such as this defective Chinese-manufactured drywall products liability litigation in the Southern District of Florida. *See In re: WorldCom, Inc. Sec. & "ERISA" Litig.*, 226 F. Supp. 2d 1352, 1355 (J.P.M.L. 2002) ("litigation of this scope will benefit from centralization in a major metropolitan center that is well served by major airlines, provides ample hotel and office accommodations, and offers a well developed support system for legal services").

Additionally, Chinese and German companies are significant parties in the Actions. These international parties, as well as other non-local parties and potential witnesses in the Actions, will have easy access to the Southern District of Florida. Miami International Airport serves the most passengers in Florida and is the third busiest airport in the United States in terms of international passenger traffic, behind only John F. Kennedy International Airport in New York and Los Angeles International Airport. *See* Bureau of Transportation Statistics Website, http://www.bts.gov/publications/pocket_guide_to_transportation/2008/html/table_04_07b.html. The recently-opened federal courthouse in Miami is located less than seven miles from Miami International Airport. Convenience and ease of travel for local, non-local and international parties and witnesses alike suggest that the Southern District of Florida is the best-suited location for consolidation of the Actions. *See WorldCom, Inc. Sec. & "ERISA" Litig.*, 226 F. Supp. 2d at 1355; *see also In re: Jamster Mktg. Litig.*, 427 F. Supp. 2d 1366, 1368 (J.P.M.L. 2006).

3.    ***The Southern District of Florida is well-suited to efficiently handle this complex litigation.***

The Southern District of Florida is a large, well-administered district that manages its

docket efficiently. In the latest published statistics, for the 12-month period ending September 30, 2007, there were 393 civil cases filed per judgeship in the Southern District of Florida, with an average time of 5 months from filing to disposition. *See* http://www.uscourts.gov/cgi-bin/cmsd2007.pl. By comparison, the Middle District of Florida--another district that has been proposed for the consolidation of the Actions--had an average of 844 civil cases filed annually per judgeship with an average of nearly 7 months from filing to disposition. In fact, according to the Middle District of Florida's own website, it is "one of the busiest federal district courts in the nation." *See* Middle District of Florida Website, http://www.flmd.uscourts.gov. The Middle District of Florida's overly burdensome caseload per active district court judge is over 20% above the national average and 30% above the Judicial Conference standard for weighted cases. *Id.*

By way of further comparison, the Eastern District of Louisiana, which has also been proposed as a district for consolidation, had an average of 874 civil cases filed annually per judgeship with an average of nearly 8 months from filing to disposition. Thus, the Southern District of Florida has fewer than half the number of new civil filings per judgeship than the Middle District of Florida or the Eastern District of Louisiana. Further, the Southern District of Florida disposes with its filed civil cases at least 50% more quickly and efficiently than either of those districts.

Indeed, the MDL Panel has concluded on previous occasions that the Southern District of Florida is an appropriate forum to hear actions involving complex litigation. *See, e.g., In re: Marine Hose Antitrust Litig. (No. II)*, 531 F. Supp. 2d 1381, 1382 (J.P.M.L. 2008); *In re: Humana Inc. Managed Care Litig.*, 2000 WL 1925080, at *3 (J.P.M.L. Oct. 23, 2000); *In re: Yarn Processing Patent Validity Litig.*, 341 F. Supp. 376, 381 (J.P.M.L. 1972). The district court

judges in the Miami division of the Southern District of Florida are well-suited to handle these complex Actions involving defective Chinese-manufactured drywall.

## III.　CONCLUSION

For the foregoing reasons and in light of certain overlapping factual issues in each of the Actions, the Lennar Defendants support the Motions for Transfer of Actions to the Southern District of Florida for Coordinated or Consolidated Pretrial Proceedings.　Transfer and consolidation of the Actions is in the interest of judicial efficiency and economy and will avoid the likelihood of overlapping discovery and conflicting pretrial rulings.　The Southern District of Florida is the most appropriate forum for consolidation because it is at the center of the litigation, will serve the convenience of the parties and the witnesses, and is well-suited to handle these types of complex disputes.

Dated:　April 28, 2009

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Corporation, Lennar Homes, LLC, and U.S. Home Corporation*
1221 Brickell Avenue
Miami, Florida 33131
Telephone:　(305) 579-0500
Facsimile:　(305) 579-0717
E-mail: bassh@gtlaw.com

By:　_____
　for　HILARIE BASS
　　　Florida Bar No. 334323

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 8 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that a true and correct copy of the foregoing was served by U.S.

Mail on this 28th day of April, 2009 on the parties listed on the attached Service List.

For: HILARIE BASS

RECEIVED
CLERK'S OFFICE

2009 APR 28 P 3: 22

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 8 2009

FILED
CLERK'S OFFICE

## SERVICE LIST

| | |
|---|---|
| Jan Douglas Atlas, Esq.<br>Robert Schwartz, Esq.<br>Adorno & Yoss<br>888 SE Third Avenue, Suite 500<br>Fort Lauderdale, FL 33316<br>*Attorneys for Banner Supply Co.* | Alexander Rundlet, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 W. Flagler Street<br>Suite 800<br>Miami, Florida 33130<br>*Attorneys for Plaintiffs,*<br>*Janet Morris-Chin and Dajan Green* |
| Edward J. Briscoe, Esq.<br>Fowler, White & Burnett, P.A.<br>Espirito Santo Plaza<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>*Attorneys for Defendant, Black Bear Gypsum*<br>*Supply, Inc.* | Chris J. Coutroulis, Esq.<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>4221 West Boy Scout Blvd.<br>Suite 1000<br>Tampa, FL 33601<br>*Attorneys for Defendant, M/I Homes, Inc.* |
| Jacob Joseph Givner, Esq.<br>Givner & Jaroslawicz<br>1177 Kane Concourse, Suite 232<br>Bay Harbour Islands, FL 33154<br>*Attorneys for Plaintiffs, Janet Morris-Chin*<br>*and Dajan Green* | Knauf Plasterboard<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. |
| Knauf Gips KG<br>Ridham Dock, Kemsley<br>Sittingboume, Kent ME 9 8SR<br>UK | Knauf Plasterboard<br>No. 2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China |
| Knauf Plasterboard<br>Mo. 2 Xinsha<br>Development Zone<br>RC-52347 Guangdong, China | La Suprema Enterprise<br>221 NE 164th Street<br>North Miami Beach, FL 33160 |
| La Suprema Trading<br>221 NE 164th Street<br>North Miami Beach, FL 33160 | Jack Landskroner, Esq.<br>Landskroner, Grieco, Madden, Ltd.<br>1360 W. 9th Street, Suite 200<br>Cleveland, OH 44113<br>*Attorneys for Plaintiff, Steven Minafri* |
| David Henry Lichter, Esq.<br>Higer, Lichter & Givner, LLP<br>18305 Biscayne Blvd., Suite 402<br>Aventura, FL 33160 | Raul Ricardo Loredo, Esq.<br>Mintzer, Sorowitz & Zeris<br>255 Alhambra Circle, Suite 1150<br>Coral Gables, FL 33134 |

| | |
|---|---|
| *Attorney for Plaintiffs, Janet Morris-Chin and Dajan Green* | *Attorney for Defendant, Interior & Exterior Building Supply, LP* |
| Steven L. Nicholas, Esq.<br>Cunningham Bounds, LLC<br>1601 Dauphin Street<br>Mobile, Al 36604<br>*Attorney for Plaintiff, Mitchell Company, Inc.* | Rightway Drywall, Inc.<br>7425 Cochran Street<br>Macon, GA 31216 |
| Rothchilt International, Ltd.<br>N-510 Chiu Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. | Alexander Rundlet, Esq.<br>Robert C. Josefsberg, Esq.<br>Stephen Frederick Rosenthal, Esq.<br>Victor Manuel Diaz, Jr., Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130-1780<br>*Attorney for Plaintiffs, Janet Morris-Chin and Dajan Green* |
| South Kendall Construction<br>2368 SE Terrace<br>Homestead, FL 33035 | Taishan Gypsum Co., Ltd.<br>Dawenkou, Taian<br>Shandong, China 271026 |
| Tousa Homes<br>4000 Hollywood Boulevard<br>Suite 500N<br>Hollywood, FL 33021 | Kenneth Gilman, Esq.<br>Gilman & Pastor, LLP<br>6363 Highcroft Dr.<br>Naples, FL 34119<br>*Attorney for Plaintiff, Duane Akney* |
| Arnold Levin, Esq.<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>*Attorneys for Plaintiffs, Felix Martinez, Jenny Martinez, Walter Niemczura, Gene Raphael, Jason Santiago, Jim Tarzy and Karin Vickers* | Jack Reise, Esq.<br>Coughli, Stoia, Geller, Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33434<br>*Attorney for Plaintiffs, Lawrence Riesz and Jennifer Schnee* |
| Neal A. Sivyer, Esq.<br>Sivyer, Barlow & Watson, P.A.<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602<br>*Attorney for Defendant, Taylor Woodrow Communities at Vasari, LLC* | Beth Tyler Vogelsang, Esq.<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 NE 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorneys for Plaintiffs, Lorena Garcia, Angela Garcia, Hector Barrozo, Maria Ines Pinar De Barrozo, and Katherine L. Foster* |

| | |
|---|---|
| Scott Wm. Weinstein, Esq.<br>Morgan & Morgan, P.A.<br>12800 University Drive<br>Suite 600<br>P.O. Box 9504<br>Fort Myers, FL 33907-5337<br>*Attorneys for Plaintiffs, Nicole J. Allen and Shane M. Allen* | Susan Cole, Esq.<br>Bice Cole Law Firm, P.L.<br>999 Ponce de Leon Blvd., Suite 999<br>Coral Gables, FL 33134<br>*Attorney for L & W Supply Corporation d/b/a Seacoast Supply, a foreign corporation and USG corporation, a foreign corporation* |
| Gary F. Baumann, Esq.<br>Fulmer, LeRoy, Albee, Baumann<br>& Glass PLC<br>2866 East Oakland Park Blvd.<br>Fort Lauderdale, Florida 33306<br>*Attorneys for Independent Builders Supply Association, Inc.* | Christopher Craig Casper, Esq.<br>James, Hoyer, Newcomer & Smiljanich, P.A.<br>One Urban Centre - Suite 550<br>4830 W. Kennedy Blvd.<br>Tampa, Florida 33609<br>*Attorneys for Kristin Morgan Culliton* |
| Stephen Wright Mullins, Esq.<br>Luckey & Mullins, PLLC<br>P.O. Box 990<br>Ocean Springs, MS 39566<br>*Attorneys for Plaintiff Christopher Whitfield* | Matthew B. Moreland, Esq.<br>Matthew B. Moreland, Attorney at Law<br>4008 Prytania St., Suite A<br>New Orleans, LA 70115<br>*Attorneys for Plaintiffs Jeffry Gilberti, Chrissie Gilberti, Joseph Mercante, Barbara Mercante, Melissa Young, Rene Henry, Brent Desselle, Penny Alexander, Henry Alexander* |
| Scott R. Bickford, Esq.<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>*Attorneys for Plaintiffs Mona Roberts and Thomas E. Burke, IV* | Daniel E. Becnel, III, Esq.<br>Becnel Law Firm, LLC (Reserve)<br>106 W. Seventh St.<br>P.O. Drawer H<br>Reserve, LA 70084<br>*Attorneys for Plaintiffs Laurie Stayton, Mary Haindel, Chris Ancira and Lilah Ancira* |
| Ervin A. Gonzalez, Esq.<br>Colson, Hicks, Eidson, Colson, Matthews,<br>Martinez, Gonzalez, Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Coral Gables, Florida 33134<br>*Attorneys for Plaintiffs Larry and Renee Galvin* | Jordan L. Chaikin, Esq.<br>Parker Waichman Alonso, LLP<br>27399 Riverview Center Blvd., Ste. 106<br>Bonita Springs, Florida 34134<br>*Attorneys for Plaintiffs Shane M. Allen and Nicole J. Allen* |
| Michael D. Hausfeld, Esq.<br>Faris Ghareeb Hausfeld, LLP | Anthony D. Irpino, Esq.<br>Irpino Law Firm, LLP (New Orleans) |

3

| | |
|---|---|
| 1700 K. Street, N.W.<br>Suite 650<br>Washington, DC 2006 | One Canal Place<br>365 Canal Street, Ste. 2290<br>New Orleans, LA 70130<br>*Attorneys for Plaintiff Michael Chauffe* |
| Richard W. Stimson<br>920 Waters Reach Court<br>Alpharetta, GA 30022 | Jori Bloom Naegele, Esq.<br>Gary, Naegele & Theado, LLC<br>446 Broadway<br>Lorain, OH 44052 |
| Theodore J. Leopold, Esq.<br>Leopold~Kuvin, P.A.<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, Florida 33410 | New NGC, Inc.<br>2001 Rexford Road<br>Charlotte, NC 28211 |

4

04/28/2009 13:30 FAX  202 502 2888          JPML                                    ☑ 002/006

Printed on 04/28/2009

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
\* Signifies that an appearance was made on behalf of the party by the representing attorney.
\# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
Docket: 2047 - Chinese-Manufactured Drywall PL
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Service List**                                    Page 1

Docket: 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation
Status: Pending on / /
Transferee District:          Judge:                                              Printed on 04/28/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Atlas, Jan Douglas
ADORNO & YOSS LLP
350 East Las Olas Blvd
Suite 1700
Fort Lauderdale, FL 33301

=> Phone: (954) 766-7823  Fax: (954) 766-7800  Email: jda@adorno.com
Banner Supply Co.*

Bass, Hilarie
GREENBERG TRAURIG PA
1221 Brickell Avenue
Miami, FL 33131

=> Phone: (305) 579-0500  Fax: (305) 579-0717  Email: bassh@gtlaw.com
Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.*

Baumann, Gary F.
FULMER LEROY ALBEE BAUMANN & GLASS
2866 East Oakland Park Blvd.
Ft. Lauderdale, FL 33306

=> Phone: (954) 707-4430  Fax: (954) 707-4431  Email: gbaumann@fulmerleroy.com
Independent Builders Supply Association, Inc.*

Becnel, Jr, Daniel E.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

=> Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com
Donaldson, Jill M.; Oertling, John

Boldt, Kimberly L.
ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

=> Phone: (305) 571-8550  Fax: (305) 571-8558  Email: kimberly@abbrclaw.com
Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena*

Briscoe, Edward J.
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302

=> Phone: (305) 789-9252  Fax: (305) 789-9251  Email: EJB@Fowler-White.com
Black Bear Gypsum Supply, Inc.*

Casper, Christopher C.
JAMES HOYER NEWCOMER & SMILJANICH PA
One Urban Centre
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609-2589

=> Phone: (813) 286-4100  Fax: (813) 286-4174  Email: ccasper@jameshoyer.com
Culliton, Kristin Morgan*

Cole, Susan J.
BICE COLE LAW FIRM
999 Ponce De Leon Boulevard
Suite 710
Coral Gables, FL 33134

=> Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com
L&W Supply Corp. dba Seacoast Supply*; USG Corp.*

Note: Please refer to the report title page for complete report scope and key.

04/28/2009 13:31 FAX  202 502 2888          JPML                              ☑004/006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Coutroulis, Chris S.<br>CARLTON FIELDS PA<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33601-3239 | =>Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com<br>M/I Homes, Inc.* |
| Diaz, Jr., Victor Manuel<br>PODHURST ORSECK JOSEFSBERG ET AL<br>City National Bank Building<br>Suite 800<br>25 W. Flagler Street<br>Miami, FL 33130 | =>Phone: (305) 358-2800  Fax: (305) 358-2382  Email: vdiaz@podhurst.com<br>Green, Dajan*; Morris-Chin, Janet* |
| Gilman, Kenneth G.<br>GILMAN & PASTOR LLP<br>Newgate Tower<br>Suite 602<br>5150 North Tamiami Trail<br>Naples, FL 34103 | =>Phone: (239) 213-9960  Fax: (239) 213-9946  Email: kgilman@gilmanpastor.com<br>Ankney, Duane |
| Interior Exterior Bldg.,<br>727 S. Cortez<br>New Orleans, LA 70119 | =><br>Interior Exterior Building Supply |
| Knauf Gips KG,<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR, UK | =><br>Gebr Knauf Verwaltungsgesellschaft KG; Knauf Gips KG |
| Knauf Plasterboard,<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. | =><br>Knauf Plasterboard (Tianjin) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong, China | =><br>Knauf Plasterboard (Dongguan) Co., Ltd. |
| La Suprema Enterprise,<br>221 NE 164th Street<br>North Miami Beach, FL 33160 | =><br>La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc.,<br>221 NE 164th Street<br>N. Miam Beach, FL 33160 | =><br>La Suprema Trading, Inc. |

Note: Please refer to the report title page for complete report scope and key.

04/28/2009 13:31 FAX   202 502 2888          JPML                              ☑ 005/006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Landskroner, Jack<br>LANDSKRONER GRIECO MADDEN LTD<br>1360 West 9th Street<br>Suite 200<br>Cleveland, OH 44113 | ⇒ Phone: (216) 522-9000 Fax: (216) 522-9007<br>Minafri, Steven |
| Levin, Arnold<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3697 | ⇒ Phone: (215) 592-1500 Fax: (215) 592-4663 Email: alevin@lfsblaw.com<br>Martinez, Felix*; Martinez, Jenny*; Niemezura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin* |
| Loredo, Raul Ricardo<br>MINTZER SOROWITZ & ZERIS<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, FL 33134 | ⇒ Phone: (304) 774-9966 Fax: (305) 774-7743 Email: rloredo@defensecounsel.com<br>Interior Exterior Building Supply, LP* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660 | ⇒ Phone: (251) 471-6191 Fax: (251) 479-1031 Email: sln@cunninghambounds.com<br>Mitchell Co., Inc. (The)* |
| Reise, Jack<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33434-4809 | ⇒ Phone: (561) 750-3000 Fax: (561) 750-3364 Email: jreise@csgrr.com<br>Riesz, Lawrence*; Schnee, Jennifer* |
| Rightway Drywall, Inc.,<br>7425 Cochran Street<br>Macon, GA 31216 | ⇒<br>Rightway Drywall, Inc. |
| Rothchilt International,<br>N-510 Chia Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. | ⇒<br>Rothchilt International Ltd. |
| Sivyer, Neal A.<br>SIVYER BARLOW & WATSON PA<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602 | ⇒ Phone: (813) 221-4242 Fax: (813) 227-3598<br>Taylor Morrison Services, Inc. dba Morrison Homes; Taylor Woodrow Communities at Vasari, LLC* |
| South Kendall Constructio,<br>2368 SE 17th Ter.<br>Homestead, FL 33035 | ⇒<br>South Kendall Construction Corp. |

Note: Please refer to the report title page for complete report scope and key.

04/28/2009 13:31 FAX  202 502 2888         JPML                                          ☑ 006/006

*(Panel Attorney Service List for MDL 2,047 Continued)*                                           Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Steckler, Bruce  
BARON & BUDD  
3102 Oak Lawn Ave, Ste 1100  
Dallas, TX 75219-4281

⇒ Phone: (214) 521-3605  Fax: (214) 520-1181  Email: bsteckler@baronbudd.com  
Poster, Katherine L.*

Taishan Gypsum Co., Ltd.,  
Dawenkou, Taian  
Shandong, China 271026

⇒  
Taishan Gypsum Co., Ltd. fka Shandong Taihe Dopngxin Co., Ltd.

Tousa,  
4000 Hollywood Boulevard  
Suite 500N  
Hollywood, FL 33021

⇒  
Tousa Homes, Inc. fka Engle Homes

Weinstein, Scott Wm.  
MORGAN & MORGAN PA  
12800 University Drive  
Suite 600  
Fort Myers, FL 33907-5337

⇒ Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com  
Allen, Nicole J.*; Allen, Shane M.*

Note: Please refer to the report title page for complete report scope and key.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 8 2009

FILED
CLERK'S OFFICE

# EXHIBIT "A"



MDL Docket No. 2047

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

PENDING RELATED ACTIONS

| No. | Complaint Filing Date | Jurisdiction | Case Number | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|
| 1 | 1/30/2009 | U.S.D.C. Middle District of Florida | 2:09-cv-00054-UA-DNF | Shane M. Allen and Nicole J. Allen | Knauf Plasterboard Tianjin Co., LTD.; The Knauf Group; Rothchilt International Limited and Banner Supply Co. |
| 2 | 3/2/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-20510-Gold/McAliley | Karin Vickers; Felix Martinez; Jenny Martinez; Jason Santiago; Gene Raphael; Walter Niemczura and Jim Tarzy | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd.; Banner Supply Co.; Rothchilt International Ltd; Taylorwoodrow Communities at Vasari, LLC; Tousa Homes, Inc.; and South Kendall Construction Corp. |
| 3 | 3/3/2009 | U.S.D.C. Eastern. District of Louisiana | 2:09-cv-02981-JCZ-JCW | Jill M. Donaldson and John Oertling | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co.Ltd; USG Corp.; L&W Supply Corp.; Interior Exterior Bldg. Supply; Independent Builders Supply and Rothchilt International Limited |
| 4 | 3/5/2009 | U.S.D.C. Southern District of Ohio | 2:09-cv-00167-ALM-NMK | Steven Minafri | M/I Homes, Inc.; Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. |
| 5 | 3/6/2009 | U.S.D.C. Northern District of Florida | 3:09-cv-00089-MCR-MD | Mitchell Company, Inc. | Knauf Gips KG; Knauf Plasterboard Tianjin Co. Ltd.; Taishan Gypsum Co., Ltd.; Interior and Exterior Building Supply, LP., and Rightway Drywall, Inc. |
| 6 | 3/10/2009 | U.S.D.C. Southern District of Florida | 0:09-cv-60371-UU | Lawrence Riesz and Jennifer Schnee | Knauf Plasterboard, Tianjin Co.; Knauf Gips KG; Rothchilt International, Ltd. And WCI Communities, Inc. |

| No. | Complaint Filing Date | Jurisdiction | Case Number | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|
| 7 | 3/18/2009 | U.S.D.C. Northern District of Alabama | 2:09-cv-00538-RRA | Samuel Ledford | Knauf Gips KG and Knauf Plasterboard Tianjin Co., Ltd. |
| 8 | 3/19/2009 | U.S.D.C. Middle District of Florida | 2:09-cv-166-Ftm-99 SPC | Duane Ankney | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd.; Banner Supply Co.; Rothchilt International Ltd; USG Corporation; L&W Supply Corp.; Seacoast Supply; La Suprema Trading, Inc.; La Suprema Enterprise, Inc., Black Bear Gypsum Supply, Inc. and Independent Builders Supply Association, Inc. |
| 9 | 3/23/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-20739-UU | Hector Barrozo; Maria Ines Pinar De Barrozo; Angela Garcia and Lorena Garcia | Banner Supply Co.; Knauf Gips KG; Knauf Plasterboard Dongguan Co. Ltd.; Knauf Plasterboard Tianjin Co. Ltd.; Knauf Plasterboard Wuhu Co. Ltd; Lennar Corp.; Lennar Homes, LLC; Rothchilt International, Ltd.; U.S. Home Corp., and USG Corp. |
| 10 | 3/24/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03135-SSV-ALC | Penny Alexander and Henry Alexander | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |
| 11 | 3/24/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03136 | Jeffry Gilberti; Chrissie Gilberti; Joseph Mercante; Barbara Mercante; Melissa Young; Rene Henry and Brent Desselle | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |

| No. | Complaint Filing Date | Jurisdiction | Case Number | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|
| 12 | 3/24/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03127 | Mona Roberts; and Thomas E. Burke IV | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |
| 13 | 3/27/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03156 | Chris Ancria and Lilah Ancria | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |
| 14 | 3/27/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03157 | Mary Haindel | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |
| 15 | 3/27/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-20796-JLK | Janet Morris-Chin and Dajan Green | Knauf Plasterboard Tianjin Co., LTD.; Knauf Gips KG, Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd. And Rothchilt Int'l, Ltd. |
| 16 | 3/27/2009 | U.S.D.C. Southern District of MS | 1:09-cv-234LG RHW | Christopher Whitfield, Individually and on Behlf of all Others Similary Situated | Knauf Gips KG and Knauf Plasterboard Tianjin Co., Ltd. And Fictitious Defendants A-Z |
| 17 | 3/31/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03193 | Laurie Stayton | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |

4

| No. | Complaint Filing Date | Jurisdiction | Case Number | Plaintiff(s) | Defendant(s) |
|-----|----------------------|--------------|-------------|--------------|--------------|
| 18 | 4/1/2009 | U.S.D.C. Southern District of Florida | 09-CV-09-20847-Altonaga/Brown | Larry Galvin & Rene Galvin | Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., LTD; KNAUF Plasterboard (WUHU) Co. LTD., KNAUF Plasterboard (DONGGUAN) Co., Taylor Woodrow Communities At Vasari, L.L.C. |
| 19 | 4/2/2009 | U.S.D.C. Eastern District of Louisiana | 09-3215 | Michael Chauffe | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |
| 20 | 4/3/2009 | U.S.D.C. Southern District of Florida | 9:09-cv-80535-LMM | Katherine L. Foster | Northstar Holdings, Inc., Northstar Homes, Inc., Knauf Gips KG, Knauf Plasterboard (Tianjin) Co, Ltd., Knauf Plasterboard (WUHU) Co., Ltd., Knauf Plasterboard (Dongguan) Co. Ltd., USG Corporation, Banner Supply Corp., and Rothchilt International, Ltd. |
| 21 | 4/8/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03243-MVL-SS | John Joseph Barone, III | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd; USG Corp.; L&W Supply Corp.; Interior Exterior Bldg. Supply, d/ba Seacoast Supply; Independent Builders Supply and Rothchilt International Limited |
| 22 | 4/9/2009 | U.S.D.C. Eastern District of Louisiana | 09-3265 | Ralph and Paula Morlas, on behalf of Blaise Morlas, and all other similarly situated | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd.; USG Corp.; L&W Supply Corp.; Interior Exterior Building Supply; Independent Builders Supply and Rothchilt International Limited |

| No. | Complaint Filing Date | Jurisdiction | Case Number | Plaintiff(s) | Defendant(s) |
|-----|----------------------|--------------|-------------|--------------|--------------|
| 23 | 4/14/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-14111-Graham/Lynch | Ronald Scritchfield, Kathy Jarvis, Francis Jarvis, Joanne Hogan, and Roger Hogan, individually an don behalf of all others similarly situated | Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., LTD; KNAUF Plasterboard (WUHU) Co. LTD., KNAUF Plasterboard (DONGGUAN) Co., Banner Supply Co. ,Rothchilt International LTD |
| 24 | 4/15/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-14115-Martinez/Lynch | Arif Shakoor and all others similarly situated | Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., LTD; KNAUF Plasterboard (WUHU) Co. LTD., KNAUF Plasterboard (DONGGUAN) Co., Banner Supply Co. ,Rothchilt International LTD and Lumar Builders, Inc. |
| 25 | 4/16/2009 | U.S.D.C. Eastern District of Louisiana | 2:09-cv-03309-SRD-JCW | Ariane Octavia Conrad | Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Tiashan Gypsum Co.Ltd; USG Corp.; L&W Supply Corp.; Interior Exterior Bldg. Supply, d/ba Seacoast Supply; Independent Builders Supply and Rothchilt International Limited |
| 26 | 4/17/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21027-King/Bandstra | Felix Feliciano & Annabelle Feliciano | Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., LTD; KNAUF Plasterboard (WUHU) Co. LTD., KNAUF Plasterboard (DONGGUAN) Co., and Rothchilt International LTD |
| 27 | 4/17/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21028-Martinez/Brown | Jorge Fernandez & Michele Fernandez | Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., LTD; KNAUF Plasterboard (WUHU) Co. LTD., KNAUF Plasterboard (DONGGUAN) Co. |

6

| No. | Complaint Filing Date | Jurisdiction | Case Number | Plaintiff(s) | Defendant(s) |
|---|---|---|---|---|---|
| 28 | 4/21/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21055-Graham/Torres | Anna Pelligra | Knauf Plasterboard Tianjin Co., LTD.; Knauf Gips KG, Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd. and Rothchilt Int'l, Ltd. |
| 29 | 4/21/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21057-Moreno/Torres | Ricardo Rizzo & Madelin Alfonso | Knauf Plasterboard Tianjin Co., LTD.; Knauf Gips KG, Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd. and Rothchilt Int'l, Ltd. |
| 30 | 4/21/2008 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21060-Moore | Julian Flores & Nathalia Flores | Knauf Plasterboard Tianjin Co., LTD.; Knauf Gips KG, Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd. and Rothchilt Int'l, Ltd. |
| 31 | 4/21/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21061-Cook/Bandstra | Enrique Valdes & Ivy Valdes | Knauf Plasterboard Tianjin Co., LTD.; Knauf Gips KG, Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd. and Rothchilt Int'l, Ltd. |
| 32 | 4/21/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21062-Graham/Torres | Jose Francisco Oves | Knauf Plasterboard Tianjin Co., LTD.; Knauf Gips KG, Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Dongguan Co. Ltd. and Rothchilt Int'l, Ltd. |
| 33 | 4/21/2009 | U.S.D.C. Southern District of Florida | 1:09-cv-09-21063-Martinez/Brown | Roger Leben & Janet Leben | Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., LTD; KNAUF Plasterboard (WUHU) Co. LTD., KNAUF Plasterboard (DONGGUAN) Co., and Rothchilt International LTD |