# U.S. District Court
# Middle District of Louisiana (Baton Rouge)
# CIVIL DOCKET FOR CASE #: 3:10-cv-00737-RET -CN
# Internal Use Only

Roth et al v. State Farm Fire and Casualty Company
Assigned to: Chief Judge Ralph E. Tyson
Referred to: Magistrate Judge Christine Noland
Case in other court: 19th JDC, 591,773
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 10/26/2010
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Robert Roth** represented by **Joseph (J.) E. Cullens , Jr.**
Walters, Papillion ,Thomas & Cullens LLC
12345 Perkins Road
Building One
Baton Rouge, LA 70808
225-236-3636
Fax: 225-236-3650
Email: cullens@lawbr.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darrel James Papillion**
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road
Building One
Baton Rouge, LA 70810
225-236-3636
Fax: 225-236-3650
Email: papillion@lawbr.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Langlois** represented by **Joseph (J.) E. Cullens , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darrel James Papillion**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State Farm Fire and Casualty Company** represented by **Charles L. Chassaignac , IV**
Porteous, Hainkel & Johnson - BR
343 Third Street
Suite 202
Baton Rouge, LA 70801-1309
225-383-8900

Fax: 225-383-7900
Email: cchassaignac@phjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrianne Landry Baumgartner**
Porteous, Hainkel & Johnson - COV
P.O. Box 2086
408 N. Columbia Street
Covington, LA 70434-2086
985-893-4790
Fax: 985-893-1392
Email: abaumgartner@phjlaw.com
*ATTORNEY TO BE NOTICED*

**James Eric Johnson**
Porteous, Hainkel & Johnson LLP
343 Third Street
Suite 202
Baton Rouge, LA 70801-1309
225-383-8900
Fax: 383-7900
Email: ejohnson@phjlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2010 | 1 | NOTICE OF REMOVAL *by State Farm Fire And Casualty Company* from 19th Judicial District Court, Case Number 591.773. (Filing fee $ 350 receipt number 053N-614974), filed by State Farm Fire and Casualty Company. (Attachments: # 1 Attachment Civil Cover Sheet, # 2 Attachment State Court Record, # 3 Exhibit A & B)(Chassaignac, Charles) (Entered: 10/26/2010) |
| 10/26/2010 | | (Court only) ***Attorney Joseph (J.) E. Cullens, Jr, Darrel James Papillion for Rebecca Langlois, Joseph (J.) E. Cullens, Jr, Darrel James Papillion for Robert Roth, James Eric Johnson, Adrianne Landry Baumgartner for State Farm Fire and Casualty Company added. (JDL) (Entered: 10/26/2010) |

**Case #: 3:10-cv-00737-RET -CN**

SEC. 27

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

No. 591,773 DIVISION "27"

ROBERT ROTH AND REBECCA LANGLOIS

-VERSUS-

STATE FARM FIRE & CASUALTY COMPANY

COST OK Amt. 400
2896
JUN 16 2010
BY DF
DY CLERK OF COURT

FILED:__________________ __________________
DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Petitioners, ROBERT ROTH and REBECCA LANGLOIS, who, for their Petition for Damages, respectfully state as follows:

1.

Petitioners are persons of full age and majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, residing at 4218 Bluebonnet Road, Baton Rouge, Louisiana 70809.

2.

Defendant, STATE FARM FIRE & CASUALTY COMPANY ("STATE FARM" and/or "Defendant"), is an Illinois insurance corporation authorized to do and is doing business in Louisiana, located in Bloomington, Illinois and has designated the Louisiana Secretary of State as its agent for service of process in Louisiana.

3.

Venue is proper in this Court pursuant to articles 74, 76 and 76.1 of the Louisiana Code of Civil Procedure.

4.

Petitioners purchased a homeowners' insurance policy from Defendant, STATE FARM, providing coverage for, among other things, their dwelling, contents, and loss of use of their property at 4218 Bluebonnet Road, Baton Rouge, Louisiana.

5.

The policy issued to Petitioners by Defendant provides coverage for the dwelling, for contents of the home, and for loss of use of the home.

6.

On or after June 19, 2009, Petitioners discovered that their home was constructed using Chinese manufactured drywall, which causes damage to Petitioners' home and contents. The Chinese drywall emits odorous gases that cause damage to air-conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring, and other household items.

7.

Petitioners' policy issued by Defendant, STATE FARM, is an all-risk policy, providing coverage for all risks of direct physical loss or damage to the home, contents and other permanent structures unless an exclusion applies.

8.

On or about June 19, 2009, Petitioners provided notice of Petitioners' claim relating to the presence of Chinese drywall in Petitioners' home to Defendant, STATE FARM.

9.

On or about August 11, 2009, Defendant, USAA, notified Petitioners that it had completed its investigation of Petitioners' claim and determined that the damages being claimed were excluded from coverage and Defendant was denying coverage for Petitioners' damages caused by the Chinese-manufactured drywall.

10.

Petitioners have complied with all of their obligations under the policy.

11.

A valid contract of insurance exists between Petitioners and Defendant providing coverage for the loss and damage caused by the Chinese-manufactured drywall.

12.

Petitioners have paid all premiums due under their policy of insurance with Defendant and have materially performed their obligations under the policy.

13.

The damage and loss sustained by Petitioners was caused by the presence of Chinese-manufactured drywall in Petitioners' home; yet, Defendant has failed to meet its obligations under the policy of insurance and has failed and/or refuses to cover the loss sustained by Petitioners.

14.

Defendant has breached its policy by unjustifiably denying Petitioners' claim for covered damages.

15.

As a direct and proximate result of the breach by Defendant, Petitioners were deprived of the benefits of insurance coverage for which Defendant was paid substantial premiums, and, accordingly, Petitioners have suffered, and will continue to suffer, substantial economic damage, particularly associated with their remediation efforts and their living and other related expenses associated with their loss of use of their home.

16.

Defendant breached its duty of good faith and fair dealing that it owes to Petitioners in denying Petitioners' claim.

17.

Defendant misrepresented the policy provisions, including the exclusions, in denying Petitioners' claim under the policy.

18.

Defendant violated La. R.S. 22:1973 and La. R.S. 22:1892 by failing to properly adjust and pay Petitioners' claim in a fair and timely manner.

19.

Petitioners demand a trial by jury.

WHEREFORE, Petitioners, ROBERT ROTH and REBECCA LANGLOIS, respectfully pray that their Petition for Damages be deemed good and sufficient, and that Defendant, STATE FARM FIRE & CASUALTY COMPANY, be duly served and cited with a copy of this Petition for Damages and that Defendant be made to appear and answer the same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be judgment entered in favor of Petitioners, ROBERT ROTH and REBECCA LANGLOIS, and against Defendant, STATE FARM FIRE & CASUALTY COMPANY, in an amount that is reasonable under the premises, and together with all costs of these proceedings, for penalties and attorneys' fees, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

Dated: June 16th, 2010.

Respectfully submitted:

J.E. Cullens, Jr. (La. Bar Roll #2301)
Darrel J. Papillion (La. Bar Roll #23243)
**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, Louisiana 70810
Telephone (225) 236-3636
Facsimile (225) 236-3650
Email: cullens@lawbr.net

**PLEASE WITHHOLD SERVICE AT THIS TIME**

CIVIL

- ☑ 01-DAMAGES
- ☐ 02-CONTRACT
- ☐ 03-PRISONER SUIT
- ☐ 04-EXECUTORY PROCESS
- ☐ 05-SUIT ON NOTES
- ☐ 06-EVICTION
- ☐ 07-WORKMENS COMPENSATION
- ☐ 08-JUDICIAL REVIEW
- ☐ 09-PROPERTY RIGHTS
- ☐ 10-INJUNCTION MANDAMUS
- ☐ 11-COMM. PROP PARTITIONS
- ☐ 12-PUBLIC SERV COMM
- ☐ 13-OTHER PARTITIONS
- ☐ 14-OTHER
- ☐ 15-D.E.Q.
- ☐ 16-
- ☐ 17-
- ☐ 18-
- ☐ 19-
- ☐ 20-

036129
PM 3:55
DEPUTY CLERK OF COURT
DOUG WELBORN
CLERK OF COURT

CERTIFIED TRUE COPY
SEP 22 2010
DEPUTY CLERK OF COURT